**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-1240

Livingston Parish School Board

- - Versus - -

Ashley Kellett

21st Judicial District Court
Case #: 165864
Livingston Parish

On Application for Rehearing filed on   06/01/2023 by Ashley Kellett

Rehearing _____ **DENIED** _____

_____
Jewel E. "Duke" Welch Jr.

_____
Allison H. Penzato

_____
Walter I. Lanier III

Date __**JUN 1 2 2023**_____

_____
Rodd Naquin, Clerk